# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | NO:  WA:23-CR-00234(35)-ADA |
| | § § | |
| (35) MIRNA SUSANA SALDANA | § | |

## ORDER

  On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed October 29, 2024, wherein the defendant (35) MIRNA SUSANA SALDANA waived appearance before this Court and appeared before United States Magistrate Judge Jeffrey C. Manske for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (35) MIRNA SUSANA SALDANA to the Report and Recommendation, the Court enters the following order:

  **IT IS THEREFORE ORDERED** that the defendant (35) MIRNA SUSANA SALDANA's plea of guilty to Count Two (2) is accepted.

  Signed this 14th day of November, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE